UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MELISSA SMITH and
JUSTINA SHADE,

CASE NO.:

Plaintiff,

vs.

6:06CV1711-ORL-31JGG

PREFERRED GUEST SERVICES,
LLC,

Defendant.
_____/

## COMPLAINT

COME NOW the Plaintiffs, MELISSA SMITH and JUSTINA SHADE, (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel and sue the Defendant, PREFERRED GUEST SERVICES, LLC, (hereinafter referred to as the "Defendant"), and state as follows:

### INTRODUCTION

1. This is an action by Plaintiffs against their former employer for unpaid overtime wages and violation of the minimum wage provision pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiffs seek damages and a reasonable attorney's fee.

### JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Fern Park, Orange County, Florida.

## THE PARTIES

4. From April 2006 to July 10, 2006, Plaintiff, MELISSA SMITH, was employed by Defendant, PREFERRED GUEST SERVICES, LLC, at its business located in Fern Park, Florida.

5. From June 22, 2006 to June 29, 20066, Plaintiff, JUSTINA SHADE, was employed by Defendant, PREFERRED GUEST SERVICES, LLC, at its business located in Fern Park, Florida.

6. The Defendant, PREFERRED GUEST SERVICES, LLC, is a Florida corporation that operates a business in Fern Park, Florida. Defendant, PREFERRED GUEST SERVICES, LLC, is an employer as defined by 29 U.S.C. § 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. § 206, in the facility where Plaintiff was employed.

7. Plaintiff was an employee of PREFERRED GUEST SERVICES, LLC and at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. §§ 206(a) and 207(a)(1).

8. Defendant, PREFERRED GUESTS SERVICES, LLC, is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(s)(1).

9.    Plaintiffs have retained the PANTAS LAW FIRM, P.A. to represent them in this matter and have agreed to pay said firm a reasonable attorney's fee for its services.

### COUNT I – MELISSA SMITH
### VIOLATION OF THE OVERTIME PROVISIONS
### OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

10.    Plaintiff, MELISSA SMITH, re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 and 6 through 9, above.

11.    Throughout the employment of Plaintiff, MELISSA SMITH, Defendant repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked several weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff, MELISSA SMITH, demands judgment against Defendant for the following:

(a)    Unpaid overtime wages found to be due and owing;

(b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

(c)    Prejudgment interest in the event liquidated damages are not awarded;

(d)    A reasonable attorney's fee and costs; and,

(e)    Such other relief as the Court deems just and equitable.

## COUNT II – MELISSA SMITH
## VIOLATION OF THE MINIMUM WAGE
## PROVISION OF THE FAIR LABOR STANDARDS ACT

12.  Plaintiff, MELISSA SMITH, re-alleges and incorporates herein the allegations contained in paragraphs 1 through 4 and 6 through 9, above.

13.  The Defendant willfully violated Section 6 and Section 15 of the Fair Labor Standards Act, by failing to compensate the Plaintiff at a rate equal to the minimum wage requirement for work performed while employed by Defendant. Specifically, Plaintiff worked from April 2006 to July 2006, and received less than the minimum wage for hours worked.

WHEREFORE, Plaintiff, MELISSA SMITH, demands judgment against Defendant, for the following:

(a)  Wages found to be due and owing;

(b)  An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c)  Prejudgment interest in the event liquidated damages are not awarded;

(d)  A reasonable attorney's fee and costs; and,

(e)  Such other relief as the Court deems just and equitable.

## COUNT III – JUSTINA SHADE
## VIOLATION OF THE MINIMUM WAGE
## PROVISION OF THE FAIR LABOR STANDARDS ACT

14.  Plaintiff, JUSTINA SHADE, re-alleges and incorporates herein the allegations contained in paragraphs 1 through 3 and 5 through 9, above.

15.   The Defendant willfully violated Section 6 and Section 15 of the Fair Labor Standards Act, by failing to compensate the Plaintiff at a rate equal to the minimum wage requirement for work performed while employed by Defendant. Specifically, Plaintiff worked from June 22, 2006 to June 29, 2006, and received less than the minimum wage for hours worked.

WHEREFORE, Plaintiff, JUSTINA SHADE, demands judgment against Defendant, for the following:

(a)   Wages found to be due and owing;

(b)   An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c)   Prejudgment interest in the event liquidated damages are not awarded;

(d)   A reasonable attorney's fee and costs; and,

(e)   Such other relief as the Court deems just and equitable.

Dated: 11/2/06

Respectfully submitted,

_____
CHARLES L. SCALISE, ESQ.
Bar No.: 0776327
K.E. PANTAS, ESQ.
Bar No.: 0978124
PANTAS LAW FIRM, P.A.
250 North Orange Avenue, 11th Floor
Orlando, Florida 32801
Tel.: (407) 425-5775
Fax.: (407) 425-2778
E-Mail: Clerk@PantasLaw.com