**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MELISSA SMITH and JUSTINA SHADE,

    Plaintiffs,

vs.    CASE NO. 6:06-cv-1711-Orl-31UAM

PREFERRED GUEST SERVICES, LLC,

    Defendant.

**AMENDED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, MELISSA SMITH and JUSTINA SHADE ("Plaintiffs"), and Defendant, PREFERRED GUEST SERVICES, LLC ("Defendant"), through their undersigned counsel, pursuant to Local Rules 3.01 and 3.08, M.D. Fla., file this amended motion seeking this Honorable Court's approval of the settlement of the above-captioned lawsuit and dismissal of this case with prejudice. In support hereof, Plaintiffs and Defendant state:

    1.    Plaintiffs commenced this action against Defendant on November 6, 2006.

    2.    Plaintiffs and Defendant have agreed to settle this matter. The terms of the settlement are set forth in the Confidential Settlement Agreement and General Release ("Agreement"), which is attached hereto as Exhibit "A." As noted in Section 6 of the

attached Agreement, upon payment of the settlement sum Plaintiffs will have been paid all compensation, wages, bonuses, commissions and/or benefits to which Plaintiffs are entitled.

3. The parties initially moved for approval of the settlement on June 29, 2007 (Dkt. 28), but the Court denied the motion on the basis that the Agreement was not dated or fully executed (Dkt. 29).

4. The parties hereby re-submit the fully-executed Agreement for the Court's review and approval. The parties note the "date" line on the first page of the Agreement has been left blank because each party signed the agreement on a different date. The date on which each party signed the Agreement is noted on their individual signature pages.

5. Plaintiffs and Defendant agree that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act ("FLSA") issues and that this matter should be dismissed with prejudice.

## **MEMORANDUM OF LAW**

When settling disputes under the FLSA, the parties must submit their agreed-upon settlement to the Court for a determination as to whether the settlement is a "fair and reasonable resolution of a bona fide dispute." *See generally Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Plaintiffs and Defendant agree that the settlement, the terms of which are set forth in Exhibit "A" hereto, is a fair and reasonable resolution of a bona fide dispute over FLSA issues. Further, the parties agree this matter should be dismissed with prejudice.

WHEREFORE, Plaintiffs and Defendant respectfully move this Court for entry of an Order (i) granting this Motion; (ii) approving the settlement of this matter; (iii) dismissing this matter with prejudice; and (iv) granting such further relief as the Court deems appropriate.

DATED this 10th day of July, 2007.

Respectfully submitted,

| PANTAS LAW FIRM, P.A.<br>250 North Orange Avenue<br>11th Floor<br>Orlando, Florida 32801<br>Telephone:     (407) 425-5775<br>Facsimile:     (407) 425-2778<br><br>By:     /s/ K.E. Pantas<br>          K.E. Pantas<br>          Florida Bar No. 0978124<br>          *clerk@pantaslaw.com*<br><br>Attorneys for Plaintiff, JUSTINA SHADE | JACKSON LEWIS LLP<br>390 North Orange Avenue, Suite 1285<br>Post Office Box 3389<br>Orlando, Florida 32802-3389<br>Telephone:     (407) 246-8440<br>Facsimile:     (407) 246-8441<br><br>By:     /s/ Keith L. Hammond<br>          Susan K. McKenna<br>          Florida Bar No. 351571<br>          *mckennas@jacksonlewis.com*<br><br>          Keith L. Hammond<br>          Florida Bar No. 164798<br>          *hammondk@jacksonlewis.com*<br><br>Attorneys for Defendant PREFERRED GUEST SERVICES, LLC |
|---|---|

MORGAN & MORGAN, P.A.
20 N. Orange Avenue, 16th Floor
P.O. Box 4979
Orlando, Florida 32802-4979
Telephone:     (407) 410-1414
Facsimile:     (407) 425-8171

By:     /s/ Charles Scalise
          Charles Scalise
          Florida Bar No. 0776327
          *cscalise@forthepeople.com*

Attorneys for Plaintiff, MELISSA SMITH