# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MELISSA SMITH and JUSTINA SHADE,**

      **Plaintiff,**

-vs-                                  **Case No. 6:06-cv-1711-Orl-31UAM**

**PREFERRED GUEST SERVICES, LLC,**

      **Defendant.**

_____

## ORDER

This cause comes before the Court on Amended Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 30) filed July 10, 2007.

On July 12, 2007, the United States Magistrate Judge issued a report (Doc. No. 31) recommending that the motion be granted. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. That the Amended Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice is GRANTED.

3. This case is DISMISSED, with prejudice and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 30th day of July, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party